UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No.   1:11-cr-00195-SEB-TAB |
| ) | |
| DAVID ANTHONY THORNTON ) | |
| ) | |
| Defendant. ) | |

## Order Adopting Report and Recommendation

Having reviewed Magistrate Judge Debra McVicker Lynch=s Report and Recommendation that David Anthony Thornton=s supervised release be revoked, pursuant to 18 U.S.C. ' 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and 18 U.S.C. ' 3583, the Court now approves and adopts the Report and Recommendation as follows:

(a) Mr. Thornton will reside at the Community Corrections Center, Volunteers of America, for a period up to 180 days and shall comply with all the rules and regulations of the facility;

(b) while residing at Volunteers of America, Mr. Thornton must participate in a drug treatment program as directed by the probation officer;

(c) upon completion of his residence at Volunteers of America, Mr. Thornton will continue under the conditions previously imposed at sentencing, including his monitoring bracelet he will continue to wear for approximately 26 more days; and

(d) Mr. Thornton's supervised release is extended an additional year to May 2014.

SO ORDERED.

Date:  03/07/2013

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Electronically registered counsel of record

USPO
Attn: Jason Phillips